UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter Of the Arbitration Between: | )<br>) |
| AMERICAN ZURICH INSURANCE COMPANY, | )<br>) Case No. 21-4698<br>) |
| Petitioner, | )<br>)<br>) |
| and | )<br>)<br>) |
| CATON PARK NURSING HOME DBA MICHAEL MELNICKE; REGENCY EXTENDED MANAGEMENT LLC; HENDON GARDENS LLC DBA BEACH GARDENS REHAB AND NURSING CENTER; PARK NURSING HOME DBA PARK HOUSE CARE LLC; HEMPSTEAD PARK NURSING HOME DBA SUNSHINE CARE CORP; ROCKAWAY CARE CENTER LLC DBA ROCKAWAY CARE CENTER; PROVIDENCE CARE INC DBA BROOKLYN GARDENS NURSING AND REHABILITATION CENTER; YONKERS GARDENS LLC, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

**PETITION TO CONFIRM ARBITRATION AWARD**

Petitioner American Zurich Insurance Company ("Zurich") files this Petition to confirm the arbitration award entered against Respondents Caton Park Nursing Home DBA Michael Melnicke, Regency Extended Management LLC, Hendon Gardens LLC DBA Beach Gardens Rehab and Nursing Center, Park Nursing Home DBA Park House Care LLC, Hempstead Park Nursing Home DBA Sunshine Care Corp, Rockaway Care Center LLC DBA Rockaway Care Center, Providence Care Inc DBA Brooklyn Gardens Nursing and Rehabilitation Center, and Yonkers Gardens LLC (collectively, "Melnicke Group"). Zurich alleges as follows:

**PARTIES**

1. Petitioner American Zurich Insurance Company is an Illinois corporation engaged in the insurance business with a statutory home office and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196.

2. Respondent Caton Park Nursing Home DBA Michael Melnicke is a New York limited liability company with its principal place of business in Brooklyn, New York.

3. Respondent Regency Extended Management LLC is a New York limited liability company with its principal place of business in Edgemere, New York.

4. Respondent Hendon Gardens LLC DBA Beach Gardens Rehab and Nursing Center is a New York limited liability company with its principal place of business in Queens, New York.

5. Respondent Park Nursing Home DBA Park House Care LLC is a New York limited liability company with its principal place of business in Rockaway Park, New York.

6. Respondent Hempstead Park Nursing Home DBA Sunshine Care Corp is a New York limited liability company with its principal place of business in Hempstead, New York.

7. Respondent Rockaway Care Center LLC DBA Rockaway Care Center is a New York limited liability company with its principal place of business in Far Rockaway, New York.

8. Respondent Providence Care Inc DBA Brooklyn Gardens Nursing and Rehabilitation Center is a New York corporation with a principal place of business located in Brooklyn, New York.

9. Respondent Yonkers Gardens LLC is a New York limited liability company with its principal place of business in Yonkers, New York.

10. Upon information and belief, all members of the Respondent limited liability companies are citizens of New York, where they reside and maintain their principal places of business.

## JURISDICTION AND VENUE

11. This is a proceeding to confirm an arbitration award arising under Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. Venue is proper under this Section because the arbitration is currently pending in this District pursuant to the parties' agreement to arbitrate, and the parties selected Chicago, Illinois as the venue for the arbitration.

12. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## PETITION TO CONFIRM ARBITRATION AWARD

13. Zurich and Melnicke Group entered into a written agreement in connection with an insurance policy that Zurich issued to Melnicke Group (the "Program Agreement"). A copy of the Program Agreement is attached as Exhibit 1.

14. The Program Agreement contains an agreement to submit to arbitration any dispute arising out of the interpretation, performance, or alleged breach of the Program Agreement. (*See* Ex. 1 at Z6.)

15. In February 2021, Zurich demanded arbitration of a dispute that arose between the parties. Through the arbitration, Zurich seeks to recover amounts that Melnicke Group owes Zurich under the Program Agreement.

16. Pursuant to the arbitration agreement, Zurich appointed Edward Zulkey as an arbitrator. Melnicke Group appointed Martin Scheinman as an arbitrator. Mark Wigmore was then appointed as umpire in accordance with the terms of the arbitration agreement.

17. In June 2021, Zurich requested that the arbitrators order Melnicke Group to post pre-hearing security for amounts that Zurich seeks to collect through the arbitration. Melnicke Group opposed Zurich's request for pre-hearing security.

18. On August 24, 2021, the arbitrators, having conferred on the arguments and evidence presented, awarded Zurich pre-hearing security in the total amount of $287,672. A copy of the arbitrators' August 24, 2021 award is attached as Exhibit 2.

19. The arbitration agreement provides that a court having jurisdiction may confirm an award made pursuant to the arbitration. (*See* Ex. 1 at Z6.)

20. Further, the parties arbitrated their disputes under the American Arbitration Association's Commercial Rules, as required by the Program Agreements. Rule R-52 of the Commercial Rules states that "Parties to an arbitration under these rules shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction thereof."

21. As a result of the foregoing, Zurich is entitled to an order confirming the August 24, 2021 award pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9. *See Yasuda Fire & Marine Ins. Co. of Europe, Ltd. v. Cont'l Cas. Co.*, 37 F.3d 345 (7th Cir. 1994).

**WHEREFORE**, Zurich requests that:

1. An order of this Court be made confirming the arbitrators' August 24, 2021 award;

2. Judgment be entered in conformity with that order; and

      3.      Zurich be awarded such other and further relief as the Court deems just and proper.

Dated: September 2, 2021　　　　　　　　　　Respectfully submitted,

AMERICAN ZURICH INSURANCE COMPANY

By: /s/ *Lauren N. Falk*
     One of Their Attorneys

Julie L. Young
Lauren N. Falk
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312.443.0240 (LNF)
Fax:　 312.896.6240 (LNF)
jyoung@lockelord.com
lauren.falk@lockelord.com