# Falk, Lauren N.

| | |
|---|---|
| **From:** | Young, Julie |
| **Sent:** | Friday, September 3, 2021 9:10 AM |
| **To:** | caitlin@robinandassociates.com; Falk, Lauren N. |
| **Cc:** | Mark Laughlin |
| **Subject:** | RE: Zurich v. Melnicke Group, Case No. 21-4698; Waiver of Service of Summons |

Caitlin,

In light of your message below, and that you will "absolutely not" agree to waive service, we will proceed with formal service.  Under Rule 4, Melnicke Group will be responsible for the expense of service.

Regards, Julie

Julie L. Young
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
312-443-0254 Direct
312-896-6254 Fax
773-425-0277 Mobile
jyoung@lockelord.com
www.lockelord.com

**From:** caitlin@robinandassociates.com <caitlin@robinandassociates.com>
**Sent:** Friday, September 3, 2021 12:40 AM
**To:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Cc:** Mark Laughlin <mark@robinandassociates.com>; Young, Julie <JYoung@lockelord.com>
**Subject:** Re: Zurich v. Melnicke Group, Case No. 21-4698; Waiver of Service of Summons

**\*\* External Email -- Sender:** caitlin@robinandassociates.com **\*\***

 Absolutely not.

Lauren- I'm away on vacation for the Labor Day weekend. It's beyond aggravating to me that you filed this when you knew, we had extended dates based upon it in the prior discovery order, and you are filing stuff that has a 30 day deadline via FedEx on a holiday weekend.

Caitlin Robin
Caitlin Robin and Associates PLLC
30 Broad St. Suite 702
New York, NY 10004
(646) 524-6026


> On Sep 2, 2021, at 9:51 PM, Falk, Lauren N. <lauren.falk@lockelord.com> wrote:
>
> Counsel,

1

Attached is a copy of the letter we sent to you today via Federal Express. Please let us know if you are authorized to execute the documents. Thank you.

Regards, Lauren

**Lauren N. Falk**
Associate
**Locke Lord LLP**
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0240
F: 312-896-6240
e-mail lauren.falk@lockelord.com
www.lockelord.com



_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

<2021-09-02 Ltr to Caitlin Robin re Waiver of Service of Summons.PDF>