**Falk, Lauren N.**

| | |
|---|---|
| **From:** | Jonathan Davidoff <jonathan@davidofflawfirm.com> |
| **Sent:** | Wednesday, October 20, 2021 9:45 AM |
| **To:** | Young, Julie |
| **Cc:** | Danielle Shapero; Caitlin Robin; Falk, Lauren N. |
| **Subject:** | RE: Federal action |

**\*\* External Email -- Sender: jonathan@davidofflawfirm.com \*\***

Thanks.

Did the Marshal ever effectuated service on my clients? If not, I would like to enter into a stipulated order. Please advise of the service prior to our call so I can speak with my clients.
thanks

**Jonathan Marc Davidoff, Esq.**
Attorney at Law
**DAVIDOFF LAW FIRM, P.L.L.C.**

| New York Location | Miami Location |
|---|---|
| 228 East 45th Street | 100 Biscayne Blvd. |
| Suite 1110 | Suite 1607 |
| New York, NY 10017 | Miami, FL 33132 |
| Tel: 212-587-5971 | Tel: 305-673-5933 |
| Fax: 212-658-9852 | Fax: 305-718-0647 |

Email: Jonathan@DavidoffLawFirm.com
Website: www.DavidoffLawFirm.com

**Admitted in: Florida, New York, Massachusetts, and United States Supreme Court.**

___

This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.

If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately at 212-587-5971.

Notice: Pursuant to the Fair Debt Collection Practices Act (FDCPA), you are advised that this office may be deemed to be a debt collector and any information obtained may

be used for that purpose. This communication maybe deemed to be from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose. This debt will be deemed valid unless it is disputed within thirty (30) days from receipt of this notice.

Thank You.

_____
_____
_____

**From:** Young, Julie <JYoung@lockelord.com>
**Sent:** Wednesday, October 20, 2021 10:05 AM
**To:** Jonathan Davidoff <jonathan@davidofflawfirm.com>
**Cc:** Danielle Shapero <Danielle@davidofflawfirm.com>; Caitlin Robin <caitlin@robinandassociates.com>; Falk, Lauren N. <lauren.falk@lockelord.com>
**Subject:** RE: Federal action

I will call you then.

Julie L. Young
Partner
**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois 60606
312-443-0254 Direct
312-896-6254 Fax
773-425-0277 Mobile
jyoung@lockelord.com
www.lockelord.com

**From:** Jonathan Davidoff <jonathan@davidofflawfirm.com>
**Sent:** Wednesday, October 20, 2021 9:04 AM
**To:** Young, Julie <JYoung@lockelord.com>
**Cc:** Danielle Shapero <Danielle@davidofflawfirm.com>; Caitlin Robin <caitlin@robinandassociates.com>; Falk, Lauren N. <lauren.falk@lockelord.com>
**Subject:** RE: Federal action

**\*\* External Email -- Sender:** jonathan@davidofflawfirm.com **\*\***

Sure, I am in the office.

**Jonathan Marc Davidoff, Esq.**
Attorney at Law
**DAVIDOFF LAW FIRM, P.L.L.C.**

New York Location | Miami Location
228 East 45th Street | 100 Biscayne Blvd.
Suite 1110 | Suite 1607

2

New York, NY  10017       Miami, FL  33132
Tel:  212-587-5971        Tel:  305-673-5933
Fax:  212-658-9852        Fax:  305-718-0647
Email:  Jonathan@DavidoffLawFirm.com
Website:  www.DavidoffLawFirm.com

**Admitted in:  Florida, New York, Massachusetts, and United States Supreme Court.**

_____
_____
_____

This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL.

If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately at 212-587-5971.

Notice:  Pursuant to the Fair Debt Collection Practices Act (FDCPA), you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose.  This communication maybe deemed to be from a debt collector.  This communication is an attempt to collect a debt and any information obtained will be used for that purpose.  This debt will be deemed valid unless it is disputed within thirty (30) days from receipt of this notice.

Thank You.

_____
_____
_____

**From:** Young, Julie <JYoung@lockelord.com>
**Sent:** Wednesday, October 20, 2021 10:03 AM
**To:** Jonathan Davidoff <jonathan@davidofflawfirm.com>
**Cc:** Danielle Shapero <Danielle@davidofflawfirm.com>; Caitlin Robin <caitlin@robinandassociates.com>; Falk, Lauren N. <lauren.falk@lockelord.com>
**Subject:** RE: Federal action

Hi Jonathan,

Happy to discuss, but I am busy until around 1 CT.  Can we talk then?

Regards, Julie

Julie L. Young
Partner

**Locke Lord LLP**
111 South Wacker Drive
Chicago, Illinois  60606
312-443-0254 Direct
312-896-6254 Fax
773-425-0277 Mobile
www.lockelord.com

---

**From:** Jonathan Davidoff <jonathan@davidofflawfirm.com>
**Sent:** Tuesday, October 19, 2021 5:09 PM
**To:** Young, Julie <JYoung@lockelord.com>
**Cc:** Danielle Shapero <Danielle@davidofflawfirm.com>; Caitlin Robin <caitlin@robinandassociates.com>
**Subject:** Federal action

**\*\* External Email -- Sender:** jonathan@davidofflawfirm.com **\*\***

Julie,

Do you have some time tomorrow morning to discuss?  I would like to try and avoid unnecessary legal fees for our respective clients.

Jonathan Marc Davidoff, Esq.
DAVIDOFF LAW FIRM, PLLC

Email: Jonathan@DavidoffLawFirm.com

New York Office
228 East 45th Street
Suite 1110
New York, NY 10017
Tel: 212-587-5971
Fax: 212-658-9852

Miami Office
100 Biscayne Blvd.
Suite 1607
Miami, FL 33132
Tel: 305-673-5933
Fax: 305-718-0647

This message is intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are prohibited from the dissemination of this communication. If you have received this communication in error, please notify us immediately at 212-587-5971.

Pursuant to the Fair Debt Collection Practices Act (FDCPA), you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

---

_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.