**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter Of the Arbitration Between: | ) | |
| | ) | |
| AMERICAN ZURICH INSURANCE | ) | Case No. 1:21-cv-04698 |
| COMPANY, | ) | |
| | ) | Honorable Mary M. Rowland |
| Petitioner, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CATON PARK NURSING HOME DBA | ) | |
| MICHAEL MELNICKE; REGENCY | ) | |
| EXTENDED MANAGEMENT LLC; | ) | |
| HENDON GARDENS LLC DBA BEACH | ) | |
| GARDENS REHAB AND NURSING | ) | |
| CENTER; PARK NURSING HOME DBA | ) | |
| PARK HOUSE CARE LLC; HEMPSTEAD | ) | |
| PARK NURSING HOME DBA SUNSHINE | ) | |
| CARE CORP; ROCKAWAY CARE | ) | |
| CENTER LLC DBA ROCKAWAY CARE | ) | |
| CENTER; PROVIDENCE CARE INC DBA | ) | |
| BROOKLYN GARDENS NURSING AND | ) | |
| REHABILITATION CENTER; YONKERS | ) | |
| GARDENS LLC, | ) | |
| | ) | |
| Respondents. | ) | |

**DECLARATION OF JULIE L. YOUNG IN SUPPORT OF ZURICH'S MOTION**
**FOR COSTS OF SERVICE AND ATTORNEYS' FEES**

I, Julie L. Young, hereby declare as follows:

1.     I am an attorney and Partner at the law firm of Locke Lord LLP ("Locke Lord"). Our firm represents American Zurich Insurance Company ("Zurich") in connection with the captioned lawsuit.  This Declaration is submitted in support of Zurich's Motion for Costs of Service and Attorneys' Fees.

2.     Through its Motion, Zurich seeks to recover a total of $708.61 in costs and $4,247.60 in attorneys' fees.  Attached as Exhibit 1 is a copy of the expense sheet for service

received from the U.S. Marshals Service. Attached as Exhibit 2 are copies of the Locke Lord billing statements reflecting the charges and work performed.

3.      The billing statements reflect work performed by three Locke Lord attorneys: (1) I am a Partner at Locke Lord and a 2000 graduate of the University of Michigan Law School; (2) Lauren N. Falk is an Associate at Locke Lord and a 2015 graduate of Indiana University Maurer School of Law; and (3) Brian Zagrocki is an Associate at Locke Lord and a 2020 graduate of the University of Chicago Law School.

4.      The hourly rates Locke Lord actually and reasonably charged Zurich for the services of the above attorneys in connection with the Motion from September 13, to October 28, 2021, are as follows:

| **Name** | **2021 Rate** |
|---|---|
| Julie L. Young | $620.00 |
| Lauren N. Falk | $399.00 |
| Brian Zagrocki | $298.00 |

5.      The above rates reflect a discount from the standard rates charged by Locke Lord for these attorneys. Moreover, I am familiar with the marketplace for legal services in Chicago, Illinois over this time period. The above hourly rates are well within the marketplace range of rates for individuals of similar skill and expertise.

6.      As reflected on the billing statements, Zurich incurred attorneys' fees in the amount of $4,247.60 in this matter from September 13, to October 28, 2021, including as follows:

| **Name** | **2021 Rate** | **Hours** | **Total** |
|---|---|---|---|
| Julie L. Young | $620.00 | 0.4 | $248.00 |
| Lauren N. Falk | $399.00 | 9.8 | $3,910.20 |
| Brian Zagrocki | $298.00 | .3 | $89.40 |
| **SEPTEMBER 13, TO OCTOBER 28, 2021 FEES TOTAL:** | | | **$4,247.60** |

7.      As also reflected on the billing statements, Zurich incurred costs in the amount of $28.41 in this matter from September 21, to October 1, 2021.

8.      The billing statements attached as Exhibit 2 include the costs, descriptions, dates and hours of the above work based on the regularly generated reports made by each attorney who has worked on this matter.  The statements are true and accurate records of the professional services actually rendered in this case.

9.      The billing statements have been redacted to include only those activities and costs for which Zurich seeks to recover through its Motion.  Zurich does not seek to recover any amounts related to the redacted activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.  This declaration was executed on November 23, 2021 in Chicago, Illinois.


/s/ *Julie L. Young*
Julie L. Young

3

# EXHIBIT 1

**Falk, Lauren N.**

| | |
|---|---|
| **From:** | Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov> |
| **Sent:** | Wednesday, October 27, 2021 1:46 PM |
| **To:** | Falk, Lauren N. |
| **Cc:** | Young, Julie |
| **Subject:** | RE: 21-CV-04698 |
| **Attachments:** | Expense sheet- 21-CV-04698.pdf; UFMS Vendor Request  form.pdf |

**\*\* External Email -- Sender: Gerson.Pacori@usdoj.gov \*\***

Good Afternoon,

Please see the attached expense sheet detailing our charges. The total charges came to $680.20. We will deduct this amount from the $1500 deposit and refund the remaining amount. This expense sheet is the combined amount of hours and miles it took to serve the pieces of process that were executed or attempted. I have also attached a vendor form. Please fill it out and return to me via e-mail so I can process your refund. If you have any questions feel free to contact me.

Thank you,

Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201

---

**From:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Sent:** Wednesday, October 27, 2021 11:11 AM
**To:** Pacori, Gerson (USMS) <GPacori@usms.doj.gov>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** [EXTERNAL] RE: 21-CV-04698

Thanks for the update!

**Lauren N. Falk**
**Locke Lord LLP**
T: 312-443-0240

---

**From:** Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov>
**Sent:** Wednesday, October 27, 2021 9:26 AM
**To:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** RE: 21-CV-04698

**\*\* External Email -- Sender: Gerson.Pacori@usdoj.gov \*\***

Good Morning,

The remaining pieces of process were recalled and I am in the process of computing the final charges.

Thank you,


Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201

---

**From:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Sent:** Wednesday, October 27, 2021 10:23 AM
**To:** Pacori, Gerson (USMS) <GPacori@usms.doj.gov>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** [EXTERNAL] RE: 21-CV-04698

Good morning,

We are writing to check in on the status.

Thanks much, Lauren

**Lauren N. Falk**
**Locke Lord LLP**
T: 312-443-0240

---

**From:** Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov>
**Sent:** Thursday, October 21, 2021 8:55 AM
**To:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** RE: 21-CV-04698

**\*\* External Email -- Sender: Gerson.Pacori@usdoj.gov \*\***


Good Morning,

We can call off service to the remaining locations but I would have to get in touch with the Deputies assigned to each location check on the status of the remaining pieces of process. I will follow up with you once I made contact with all the Deputies and confirm they have not served them already.

Thank you,


Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201

**From:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Sent:** Wednesday, October 20, 2021 2:58 PM
**To:** Pacori, Gerson (USMS) <GPacori@usms.doj.gov>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** [EXTERNAL] RE: 21-CV-04698

Good afternoon,

We would like to call off service for the remaining locations.  If you could please confirm and let us know the total costs incurred, we would appreciate it.  Thank you.

Regards, Lauren

**Lauren N. Falk**
**Locke Lord LLP**
T: 312-443-0240

**From:** Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov>
**Sent:** Monday, October 18, 2021 9:31 AM
**To:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** RE: 21-CV-04698

**** External Email -- Sender: Gerson.Pacori@usdoj.gov ****

Good Morning,

I apologize for the late response, I was out of the office all last week. We managed to serve 3 out of the 8 locations that needed to be served.

Thank you,

Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201

**From:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Sent:** Wednesday, October 13, 2021 12:06 PM
**To:** Pacori, Gerson (USMS) <GPacori@usms.doj.gov>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** [EXTERNAL] RE: 21-CV-04698

Good morning,

We are writing to check in on the status of service for the captioned case.  Thank you in advance.

Best, Lauren

**Lauren N. Falk**
**Locke Lord LLP**
T: 312-443-0240

**From:** Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov>
**Sent:** Monday, October 4, 2021 2:23 PM
**To:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** RE: 21-CV-04698

**\*\* External Email -- Sender: Gerson.Pacori@usdoj.gov \*\***

Good Afternoon,

I've received the deposit and we will move forward with service.

Thank you,


Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201


**From:** Falk, Lauren N. <lauren.falk@lockelord.com>
**Sent:** Monday, October 4, 2021 10:40 AM
**To:** Pacori, Gerson (USMS) <GPacori@usms.doj.gov>
**Cc:** Young, Julie <JYoung@lockelord.com>
**Subject:** [EXTERNAL] RE: 21-CV-04698

Good morning,

Thanks much.  The service fee deposit should be delivered this morning via FedEx.  Please let us know if anything further is needed.

Regards, Lauren

**Lauren N. Falk**
**Locke Lord LLP**
T: 312-443-0240

**From:** Pacori, Gerson (USMS) <Gerson.Pacori@usdoj.gov>
**Sent:** Wednesday, September 29, 2021 12:51 PM
**To:** Young, Julie <JYoung@lockelord.com>; Falk, Lauren N. <lauren.falk@lockelord.com>
**Subject:** 21-CV-04698

** External Email -- Sender: Gerson.Pacori@usdoj.gov **

Good Afternoon,

We were contacted by the U.S Marshals District of Illinois regarding civil case 21-CV-04698. The case was forwarded to us for service; however, before service is made we are going to need a service fee deposit of $1,500. The check needs to be in the form of an attorney's check and made payable to U.S Marshals Service, EDNY. Any funds not used will be refunded back.

You can mail the check to:

**U.S Marshals Service**

**Attn. Gerson Pacori**

**225 Cadman Plaza East, Suite G20**

**Brooklyn, NY 11201**

Any questions feel free to contact me at this e-mail or my direct line 718-473-3010.

Thank you,

Gerson Pacori
U.S Marshals Service
225 Cadman Plaza
Brooklyn, NY 11201

---

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.



**U.S. Department of Justice**

**United States Marshals Service**
*Eastern District New York*

*Brooklyn, New York 11201*

### *EXPENSE SHEET*

Case Number: _21·CV-04698_

Type of Process: _Summons & Petition_

*Start Date: _10/5/21_           End Date: _10/12/21_

*Starting Time:_____           Ending Time:_____

Number of DUSM(s) _1_     X $ 65.00 X _9_ hour(s) = $ _585.00_

Round trip miles: _170_ at .56 cents per mile = effective 1/01/2021   $ _95.20_

Parking Fee.................................................................................$_____

Toll Charges:...............................................................................$_____

Copies of Orders made by USMS_____ X .10 cents per page     $_____

Preparation of Notice of Sale, Bill of Sale or U.S. Marshal Deed     $_____

DSO - number of guards _____ x 31.00 x _____ hour(s)     $_____

Other Expense(s) specify: _____     $_____

Commission:
-3% on the first $1,000.00 collected, or portion thereof-----$1,000.00 x 3%=     $_____

-1.5% on the excess of any amount over $1,000.00
$_____ Sale prices less $1,000 = _____ x1.5%=     $_____
(Minimum commission collectible is $100.00 and the maximum commission collectible is $50,000.00)

**Funds on Deposit**          $ _1,500.00_
**Total USMS Expenses**       $ _680.20_
**Insurance Policy Total Expense** $_____
**Amount to be Refunded to Attorney** $ _819.80_
**Amount Owed USMS**          $ _0_

# EXHIBIT 2

**LOCKE LORD LLP**
**ELECTRONIC INVOICE SUMMARY**

| EBILLING VENDOR: | Serengeti Legal Tracker |
|---|---|
| EBILLING CLIENT ID: | 1001091 |
| INVOICE INFORMATION: | 1681172<br>October 12, 2021<br>█████████ |
| CLIENT / MATTER: | 1001091.00246<br>Zurich American Insurance Company<br>Regency Extended Care Management |
| BILLING ATTORNEY: | 22624 J.L. Young |
| INVOICE OPERATOR: | kostrows |
| DATE SUBMITTED: | |
| SUBMISSION ISSUES: | |
| UDF47: YOUR FILE # | 2020-00130 |
| UDF56: MATTER # | |

| TK ID | TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 22624 | J.L. Young | Partner | $620.00 | ███ | ███ |
| 30902 | L. N. Falk | Associate | $399.00 | ███ | ███ |
| 32407 | B. Zagrocki | Associate | $298.00 | ███ | ███ |
| ███ | | ███ | ███ | ███ | ███ |
| | | | | ███ | ███ |

**TIME DETAIL:**

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ███ █ █ ██ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | | ███ | ███ | ███ | ████████ |
| ███ | | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |
| ███ | ███ | ███ | ███ | ███ | ████████ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ███ | | | ████ ██ █ ██ |
| ███ | ███ | ██ | ███ | | | ████████████ |
| | | | | | | ██████████████ |
| ███ | ███ | ██ | ███ | | | ███████████ |
| ███ | ███ | ██ | ███ | | | █████████████ |
| ███ | ███ | ██ | ███ | | | ████████ |
| ███ | ███ | ██ | ███ | | | ███████ |
| ███ | | | ██ | | | ██████ |
| ███ | | | ██ | | ██ | ████ |
| ████ | ███ | | ███ | | ██ | ██████████ |
| ███ | | | ███ | | | ███████████ |
| ███ | | | ███ | | | █████████ |
| ███ | ███ | ██ | ███ | | ██ | ███████ |
| ███ | | ██ | ███ | | | ██████ |
| ███ | | | ██ | | ██ | ██████████ |
| ████ | ███ | | ███ | | ██ | ███████████ |
| | ███ | | ███ | | | ██████████████ |
| ████ | | | ███ | | | ███████████████ |
| | | | | | | █████████ |
| | ███ | | ███ | | | ██████████ |
| ███ | ███ | | ███ | | | ████████████ |
| ███ | | | ███ | | | ███████████ |
| ███ | ███ | ██ | ███ | | | █████████ |
| ███ | ██ | ██ | ███ | | | ███ ██ ██ |
| L. N. Falk | 09/13/21 | 1.00 | 399.00 | L210 | A103 | Prepare motion for order directing service by marshal and proposed order. |
| L. N. Falk | 09/13/21 | 1.10 | 438.90 | L210 | A101 | Plan and prepare for service of petition on respondents by marshal. |
| L. N. Falk | 09/13/21 | 1.10 | 438.90 | L210 | A101 | Prepare summons for each respondent. |
| L. N. Falk | 09/13/21 | 0.30 | 119.70 | L210 | A105 | Correspond with J. Young regarding motion for order directing service and summonses. |
| | ██ | ██ | ███ | | | ████████ |
| J.L. Young | 09/14/21 | 0.10 | 62.00 | L210 | A101 | Prepare motion for order granting marshal's service. |
| J.L. Young | 09/14/21 | 0.10 | 62.00 | L210 | A103 | Prepare summons. |
| | | | | | | ████████████ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| L. N. Falk | 09/14/21 | 0.50 | 199.50 | L210 | A103 | Finalize and file motion for order directing service by marshal. |
| L. N. Falk | 09/14/21 | 0.30 | 119.70 | L210 | A108 | Correspond with clerk regarding summonses. |
| L. N. Falk | 09/14/21 | 0.20 | 79.80 | L210 | A107 | Correspond with opposing counsel regarding motion for order directing service by marshal. |
| ███ | ███ | ███ | ███ | ███ | ███████████████████ |
| ███ | | ███ | ███ | | ███ | ████████████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |
| ███ | | ███ | ███ | | ███ | █████████████████████ |
| ███ | | ███ | ███ | | ███ | ████████████████████ |
| ███ | ███ | ███ | ███ | | ███ | ███████████ |
| ███ | | ███ | ███ | | ███ | █████████ |
| ███ | | ███ | ███ | | ███ | █████████████ |
| ███ | | ███ | ███ | | ███ | ████████████ |
| L. N. Falk | 09/15/21 | 2.00 | 798.00 | L210 | A101 | Plan and prepare for marshal service (and draft forms for same). |
| ███ | ███ | ███ | ███ | | | ████████████████ |
| ███ | | ███ | ███ | | | ██████████ |
| L. N. Falk | 09/16/21 | 0.10 | 39.90 | L210 | A108 | Correspond with marshal regarding petition for service. |
| ███ | | ███ | ███ | | | ██████████ |
| ███ | ███ | ███ | ███ | | ███ | ██████████████ |
| L. N. Falk | 09/20/21 | 0.50 | 199.50 | L210 | A101 | Prepare letter to marshal for service of summonses. |
| L. N. Falk | 09/20/21 | 0.20 | 79.80 | L210 | A108 | Correspond with marshal regarding forwarding fee. |
| ███ | ███ | ███ | ███ | | ███ | ████████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |
| ███ | ███ | ███ | ███ | | ███ | ███████████████ |
| ███ | | ███ | ███ | | ███ | █████████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |
| ███ | | ███ | ███ | | ███ | ████████████ |
| ███ | | ███ | ███ | | ███ | █████████████ |
| ███ | | ███ | ███ | | ███ | ███████████████ |
| ███ | | ███ | ███ | | ███ | ███████████ |
| ███ | | ███ | ███ | | ███ | ███████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |
| ███ | | ███ | ███ | | ███ | ██████████████ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| L. N. Falk | 09/28/21 | 0.30 | 119.70 | L210 | A108 | Consult with marshal's office regarding service of petition. |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| L. N. Falk | 09/29/21 | 0.30 | 119.70 | L210 | A101 | Prepare letter to marshal regarding service deposit. |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |
| ███ | ███ | ███ | ███ | | ███ | ████████ |

**COST DETAIL:**

| DATE | CCODE | AMT | NARRATIVE |
|---|---|---|---|
| ███ | ███ | | ████████ |
| ███ | ███ | | ████████ |
| ███ | ███ | | ████████ |
| ███ | ███ | | ████████ |

| DATE | CCODE | AMT | NARRATIVE |
|---|---|---|---|
| ██████ | █ | ██████████ | ████████████████████████████████████████ |
| ██████ | █ | ██████████ | ████████████████████████████████████████████ |
| ██████ | █ | ██████████ | ████████████████████████████████████ |
| 09/21/21 | 81 | $8.00 | U.S. Marshal Service: Fee to forward Summonses and Petitions to New York office of the U.S. Marshal Service (REQ092021 40392) |
| 09/30/21 | 81 | $1,500.00 | U.S. Marshal Service: Fee for service of Summonses and Petitions on eight different parties (REQ092921 40392). |
| | | ██████ | |

**LOCKE LORD LLP**
**ELECTRONIC INVOICE SUMMARY**

| | |
|---|---|
| **EBILLING VENDOR:** | **Serengeti Legal Tracker** |
| **EBILLING CLIENT ID:** | **1001091** |
| **INVOICE INFORMATION:** | **1686122** **November 5, 2021** ███ |
| **CLIENT / MATTER:** | **1001091.00246** **Zurich American Insurance Company** **Regency Extended Care Management** |
| **BILLING ATTORNEY:** | **22624 J.L. Young** |
| **INVOICE OPERATOR:** | **kostrows** |
| **DATE SUBMITTED:** | |
| **SUBMISSION ISSUES:** | |
| **UDF47: YOUR FILE #** | **2020-00130** |
| **UDF56: MATTER #** | |

| TK ID | TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| ███ | | | | ██ | ███ |
| 22624 | J.L. Young | Partner | $620.00 | ██ | ███ |
| 30902 | L. N. Falk | Associate | $399.00 | ██ | ███ |
| 32407 | B. Zagrocki | Associate | $298.00 | ██ | ███ |
| ███ | ███ | ███ | ███ | ██ | ███ |

**TIME DETAIL:**



| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███ | | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| L. N. Falk | 10/04/21 | 0.30 | 119.70 | L190 | A108 | Correspondence with marshal service regarding service fee deposit. |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |
| ███ | ██ | ██ | ██ | | ██ | ███ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ██████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ██████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ██████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| L. N. Falk | 10/13/21 | 0.20 | 79.80 | L190 | A108 | Correspond with marshal regarding service of summons. |
| L. N. Falk | 10/13/21 | 0.30 | 119.70 | L250 | A101 | Plan and prepare for motion for costs of service. |
| B. Zagrocki | 10/13/21 | 0.20 | 59.60 | L250 | A104 | Analyze with L. Falk requirements for filing motion for cost of service in light of opposing counsel's decision to decline service. |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███████████ | ████████ | ███ | ██████ | ████ | ███ | ████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ███████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ██████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ███████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████ |
| L. N. Falk | 10/18/21 | 0.10 | 39.90 | L190 | A108 | Correspond with marshal regarding service of petition. |
| | | | ██████ | | ███ | ██████ |
| L. N. Falk | 10/19/21 | 0.10 | 39.90 | L250 | A105 | Consult with B. Zagrocki regarding Rule 4 motion for costs. |
| ███████████ | ████████ | ███ | ██████ | | ███ | ██████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | ███ | | ███████ ██ ███ ████ ████ ██████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ██████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ███████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ████████████████████████████ |
| ███████████ | ████████ | ███ | | | ███ | ███████████████████████████ |
| L. N. Falk | 10/20/21 | 0.20 | 79.80 | L190 | A108 | Correspond with marshal regarding service of petition in federal court action. |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ██████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ███████████████████████████ |
| ███████████ | | ███ | ██████ | | ███ | ████████████████████████████ |
| ███████████ | | ███ | █████ | | ███ | █████████████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ███████████████████████ |
| ███████████ | | | ██████ | | ███ | ████████████████████████████ |
| ███████████ | | ███ | ██████ | | ███ | ██████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | █████████████████████ |
| ███████████ | ████████ | ███ | ██████ | | ███ | ████████████████ |

| TIMEKEEPER NAME | DATE | HRS | AMT | TASK | ACT | NARRATIVE |
|---|---|---|---|---|---|---|
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | | | ████████████████ |
| ███████ | ████ | ██ | ████ | | | █████████████████ |
| ███████ | ████ | ██ | ████ | | | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████████████ |
| ███████ | ████ | ██ | ████ | | | ██████████████ |
| ███████ | ████ | ██ | | ██ | ██ | █████████████ |
| J.L. Young | 10/27/21 | 0.20 | 124.00 | L250 | A103 | Prepare fee petition. |
| L. N. Falk | 10/27/21 | 0.20 | 79.80 | L190 | A108 | Correspondence with marshal regarding status and service deposit. |
| ███████ | ████ | ██ | ████ | | | ███████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ████████████████ |
| ███████ | ████ | ██ | ████ | | | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| ███████ | ████ | ██ | ████ | | | █████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | ███████████████ |
| ███████ | ████ | ██ | ████ | ██ | ██ | █████████████████ |
| L. N. Falk | 10/28/21 | 0.30 | 119.70 | L250 | A101 | Plan and prepare for fee petition for service. |
| L. N. Falk | 10/28/21 | 0.20 | 79.80 | L190 | A108 | Correspond with marshal regarding service deposit. |
| B. Zagrocki | 10/28/21 | 0.10 | 29.80 | L250 | A104 | Analyze with L. Falk deadline for filing motion for cost of service. |
| ███████ | ████ | | ████ | ██ | | ███████████████ |
| ███████ | ████ | | ████ | ██ | | ████████████████ |
| ███████ | ████ | ██ | ████ | ██ | | ██████████████ |
| | | ██ | ████ | | | |

**COST DETAIL:**

| DATE | CCODE | AMT | NARRATIVE |
|---|---|---|---|
| 10/01/21 | 03 | $20.41 | FedEx Shipment (752785377/125054753672) (Gerson Pacori, U.S. Marshals Service, Brooklyn, NY). |
| | | $20.41 | |